1  Stephen A. Ebner, Esq. (SBN 108348)
   LAW OFFICES OF STEPHEN A. EBNER
2  4766 Park Granada, Suite 206
   Calabasas, CA 91302
3
   Telephone: (818) 591-7990
4  Facsimile: (818) 591-7781

5  Attorney for Plaintiff,
   Roberta Andes
6

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9  **WESTERN DIVISION**

JS-6

10

11 ROBERTA ANDES,                        ) CASE NO.: CV 10-8839 CAS (PLAx)
                                         )
12         Plaintiff,                    ) ORDER DISMISSING ACTION
                                         ) WITH PREJUDICE
13    v.                                 )
                                         )
14 HOME DEPOT U.S.A., INC.; and          )
   DOES 1 through 100, Inclusive,        )
15                                       )
           Defendants.                   )
16 _____ )

17 TO:   ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

18       Based on the parties filing a Stipulation Dismissing Action with Prejudice

19 pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), the court hereby

20 dismisses this action with prejudice. Each party to bear their own attorney's fees

21 and costs.

22

23 Dated: 8/26/11                          _____
                                           Hon. Christina A. Synder
24                                         United States District Judge

25

26

27

28
                                           1

| ROBERTA ANDES v. HOME DEPOT U.S.A., INC. | ORDER DISMISSING ACTION WITH PREJUDICE |
| USDC CASE NO.: CV10-8839 CAS (PLAx) | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| ROBERTA ANDES v. HOME DEPOT U.S.A., INC.<br>USDC CASE NO.: CV10-8839 CAS (PLAx) | ORDER DISMISSING ACTION WITH PREJUDICE |